EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff,*<br><br>v.<br><br>DAWANE ARMONE KING,<br><br>                *Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No. 21-MJ-142-SPS<br><br>M-21-237-P |

    I, Special Agent Jeremy Rebmann, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

    On or about December 26, 2019, in Indian Country within the Eastern District of Oklahoma, defendant, **DAWANE ARMONE KING**, an Indian, committed the crime of Child Abuse in Indian Country, in violation of Title 21, Oklahoma Statutes § 843.5(A), and Title 18, United States Code, Sections 1151 and 1153.

    I further state that I am a Special Agent with Federal Bureau of Investigation, and that this complaint is based on the following facts:

    (See attached Affidavit of Special Agent Jeremy Rebmann, which is attached hereto and made a part hereof by reference.)

    ☒    Continued on the attached sheet.

                                                Special Agent Jeremy Rebmann
                                                Federal Bureau of Investigation
                                                Complainant

Sworn to and subscribed at:            MUSKOGEE, OKLAHOMA

Date: April 14, 2021

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer



# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Jeremy Rebmann, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation and have been since September 26, 1999. I am currently assigned to the Stillwater Resident Agency of the FBI Oklahoma City Division. Prior to joining the FBI, I was a Special Agent in the US Air Force Office of Special Investigations. As an FBI Special Agent, I have previously conducted investigations in numerous federal criminal violations. I have received formal training and instruction from numerous in-service training programs and conferences and from on-the-job training and experience. I have been involved in all aspects of various criminal and national security investigations, to include: applying for and conducting search and arrest warrants, evidence collection, seizing documents and electronics, and the prosecution of related offenders. I have had conversations with, and have been in the company of, other experienced local, state, and federal law enforcement officers, as well as prosecuting attorneys at the state and federal levels, concerning myriad federal criminal violations. Additionally, I have worked in the company of other experienced law enforcement officers and have discussed with them their investigative techniques and experiences with criminal investigations. I am authorized to investigate violations of the laws of the United States and to execute warrants issued pursuant to Federal Rule of Criminal Procedure 41.

2. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined by 18 U.S.C. § 2510(7), meaning that I am empowered by law to conduct

1

investigations of and to make arrests for violations of Federal law, including violations of the Major Crimes Act (MCA).

3. The statements contained in this Affidavit are based in part on information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that DAWANE ARMONE KING, committed the below-described offense, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

4. As will be shown below, there is probable cause to believe that DAWANE ARMONE KING, an Indian, committed felony child abuse, in violation of Title 21, Oklahoma Statutes § 843.5(A), and Title 18, United States Code, Sections 1151 and 1153.

5. VENUE: the facts and circumstances alleged in this affidavit occurred within the Choctaw Reservation and the Eastern District of Oklahoma. More specifically, based on the Supreme Court decision in *McGirt v. Oklahoma (2020)*, the below described location is within the geographic boundaries of the Choctaw Reservation, and therefore is within Indian Country.

6. DEFENDANT: the defendant is DAWANE ARMONE KING, hereinafter referred to as KING. KING is an enrolled member of the Seminole Nation.

7. I received information regarding a crime which occurred in Hugo, Oklahoma, the location of which was within the boundaries of the Choctaw Reservation and within the Eastern District of Oklahoma. This affidavit is made in support of a Complaint and Arrest Warrant for that

crime which is a violation of Title 21, Oklahoma Statutes § 843.5(A), and Title 18, United States Code, Sections 1151 and 1153. In support of this request, I submit the following:

8. On or about December 26, 2019, officers with the Hugo Police Department were dispatched to the Choctaw Memorial Hospital regarding a child victim, KNK (2 years of age), who was brought into the emergency room by her grandmother with unexplained injuries. Examination revealed KNK sustained injuries to areas of her face, head, scalp, back, and upper buttocks, as indicated by various abrasions and swelling. KNK was admitted for care at the hospital. K.G., KNK's mother, stated she left the child in the care of her boyfriend, DAWANE KING, aka "hammer", while she went out with a friend for approximately two hours. K.G. reported KING was the only adult in the home with KNK when she left, and that he had cared for KNK previously. K.G. arrived home and observed various injuries to KNK which were not there when she left. When she confronted KING regarding KNK's injuries, KING became angry and accused K.G. of being disrespectful to him. K.G. told officers that KING has been violent towards her in the past, but that she has not previously reported it. K.G. stated that KING and KNK have no biological connection.

9. Based on a review of this case, and based on my knowledge and experience with violent crimes, I, as your Affiant have probable cause to believe DAWANE ARMONE KING committed the offense of felony Child Abuse in violation of Title 21, Oklahoma Statutes § 843.5(A), and Title 18, United States Code, Sections 1151 and 1153.

Respectfully Submitted,

Jeremy D.O. Rebmann, Special Agent
Federal Bureau of Investigation

Sworn before me this 14th day of April 2021.

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA

USAO-EDOK Arrest Warrant (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | **WARRANT OF ARREST** |
|---|---|
| *Plaintiff,* | |
| v. | Case No. 21-MJ-142-SPS |
| DAWANE ARMONE KING, | |
| *Defendant.* | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense): Child Abuse in Indian Country

in violation of Title 21, Oklahoma Statutes § 843.5(A), and Title 18, United States Code, Sections 1151 and 1153.

STEVEN P. SHREDER
Name of Issuing Judicial Officer

*/s/ Steven Shreder*
Signature of Issuing Judicial Officer

Bail fixed at $ _____

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

April 14, 2021, Muskogee, Oklahoma
Date and Location

by: _____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |